```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 21796
   ARTHUR L DAVIS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0715

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/20/2007 and was not confirmed.

    The case was dismissed without confirmation 01/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
AMERICAN HOME MORTGAGE    NOTICE ONLY    NOT FILED           .00          .00
PRO SE DEBTOR             DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                           --------------      --------------
TOTALS                          .00                 .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```